UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:13-mj-93-CWH |
| ) | |
| vs. ) | **ORDER MODIFYING BOND** |
| ) | |
| MITCHELL GARSHOFSKY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The Court conducted a hearing on Defendant's Motion to Modify Conditions of Release (Docket #13) on March 6, 2013, and made Findings that playing poker is a legitimate form of employment for Mr. Garshofsky, accordingly, the Bond Condition prohibiting Mr. Garshofsky from participating in gaming activities is **stricken.**

IT IS ORDERED that all other conditions of the Appearance Bond (Docket #12) previously imposed including the conditions that Mr. Garshofsy is prohibited from sports book betting, using mobile betting devices or obtaining any new devices for gambling purposes remain in full effect.

DATED this 11th day of March, 2013.

_____
C. W. HOFFMAN, JR.
United States Magistrate Judge